# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| William Jeff Almond | ) Case No: | 5:06-CR-184-1D |
| | ) USM No: | 50415-056 |
| Date of Previous Judgment: March 6, 2007 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | Thomas P. McNamara |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED   and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __324__ months **is reduced to** 300 months in each count, concurrent. If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __36__           Amended Offense Level: __34__

Criminal History Category: __VI__        Criminal History Category: __VI__

Previous Guideline Range: __324__ to __405__ months      Amended Guideline Range: __262__ to __327__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

Continued on page 2

## III. ADDITIONAL COMMENTS

The sentences imposed in each of Counts 1 and 2 are to run concurrently, producing total imprisonment of 300 months. In imposing this sentence, the court has considered the pre-sentencing and post-sentencing conduct, including the defendant's disciplinary infractions.

Except as provided above, all provisions of the judgment dated  March 6, 2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6/27/11

Judge's signature

Effective Date: _____
(if different from order date)

James C. Dever III, U.S. District Judge
Printed name and title